AO 440 (Rev. 06/12) Summons in a Civil Action - ILND Electronic Issuance 5/2025

# UNITED STATES DISTRICT COURT
for the

## Northern District of Illinois

|  |  |  |
|---|---|---|
| _____ | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. |
| _____ | | |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

　

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G. BRUTON, CLERK

*/s/ Peter J. Judge*
_____
(By) DEPUTY CLERK



October 30, 2025
_____
DATE

## AFFIDAVIT OF SERVICE

| Case: 25-cv-13247 | Court: UNITED STATES DISTRCIT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS | County: | Job: 14501389 |
|---|---|---|---|
| **Plaintiff / Petitioner:** TRUSTEES of the MID-AMERICA CARPENTERS REGIONAL COUNCIL HEALTH FUND, et al. | | **Defendant / Respondent:** PHOENIX CCI LLC and IRMA R. HOLLOWAY | |
| **Received by:** Anna Canole | | **For:** McGann, Ketterman & Rioux | |
| **To be served upon:** IRMA R. HOLLOWAY | | | |

Anna Canole, being first duly sworn on oath, deposes and states the following: I am over the age of 18 and not a party to this action. I am licensed under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

**Recipient Name / Address:** Irma R. Holloway, 4747 Lincoln Mall Drive, Matteson, IL 60443
**Manner of Service:** Personal/Individual, Nov 5, 2025, 4:16 pm CST
**Documents:** Summons, Complaint

**Additional Comments:**
1) Unsuccessful Attempt: Nov 3, 2025, 9:09 am CST at 4747 Lincoln Mall Drive, Matteson, IL 60443
This is a high rise office building. The business, Phoenix CCI LLC is in unit 101. I spoke with Danielle who said the defendant was not currently in the office. I left my contact information.

2) Successful Attempt: Nov 5, 2025, 4:16 pm CST at 4747 Lincoln Mall Drive, Matteson, IL 60443 received by Irma R. Holloway. Age: 55+; Ethnicity: African American; Gender: Female; Weight: 150; Height: 5'5"; Hair: Other; Other: Served in Suite 101.;

_Anna Canole_   11/06/2025
Anna Canole    Date

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

_Anna Canole_   11/06/2025
Anna Canole    Date

Windy City Process Serving Inc.
3400 W 111th St #446
Chicago, IL 60655
117.001816