AO 440 (Rev. 06/12) Summons in a Civil Action - ILND Electronic Issuance 5/2025

# UNITED STATES DISTRICT COURT
for the

## Northern District of Illinois

)
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No.
)
)
)
)
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

THOMAS G. BRUTON, CLERK

_Peter J. Judge_

(By) DEPUTY CLERK



October 30, 2025

DATE

| | | | |
|---|---|---|---|
| Form **LLC-1.50**<br>September 2013<br>**Secretary of State**<br>Department of Business Services<br>Limited Liability Division<br>501 S. Second St., Rm. 351<br>Springfield, IL 62756<br>217-524-8008<br>www.ilsos.gov<br>Payment may be made by check payable to Secretary of State. If check is returned for any reason this filing will be void. | Illinois Limited Liability Company Act<br>**Affidavit of Compliance for Service on Secretary of State**<br>SUBMIT IN DUPLICATE<br>Type or Print Clearly<br><br>This space for use by Secretary of State.<br>Filing Fee: $5<br>Approved: MB | FILE # 11685706<br>This space for use by Secretary of State.<br><br>**FILED**<br>NOV 1 8 2025<br>ALEXI GIANNOULIAS<br>SECRETARY OF STATE | |

1. Name of Limited Liability Company being served: Phoenix CCI LLC

2. Title of Case and Case Number:

   Trustees of the Mid-America Carpenters — First Named Plaintiff
   v.
   Phoenix CCI LLC — First Named Defendant
   Number: 25-CV-13247

3. Title of Court in which an action, suit or proceeding has been commenced: U.S. District Court, N.D. of Illinois

4. Title of Instrument being served: Summons and Complaint

5. A Copy of the Process, Notice or Demand, together with any papers required by law to be delivered with service, are hereby attached.

6. Address to which the undersigned has caused a copy of the attached process, Notice or Demand to be sent by certified or registered mail: Briana Stewart, 444 N. Michigan Ave., Suite 1200, Chicago, IL 60611

7. The Secretary of State is irrevocably appointed as an agent of a Limited Liability Company upon the following basis:
   a. ☑ The Limited Liability Company's registered agent cannot with reasonable diligence be found at the registered office in Illinois.
   b. ☐ The Limited Liability Company has failed to appoint and maintain a registered agent in Illinois.
   c. ☐ The Limited Liability Company was dissolved on _____ ; the conditions of paragraphs a and b above exist; and the action, suitor preceding against or affecting the company has been instituted.
   d. ☐ The Limited Liability Company has been dissolved on _____ ; the conditions of a. or b. above exist, and a criminal proceeding against or affecting the company has been instituted.
   e. ☐ The Limited Liability Company is a foreign limited liability company admitted to transact business in Illinois that has been revoked or withdrawn on _____ .

8. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   *Daniel P. McAnally*
   Signature of Affiant

   November 12, 2025

   Daniel P. McAnally
   Name (print)

   ( 312 ) 251-9700
   Telephone Number

   **TENDERED CHICAGO CORP. DEPARTMENT**
   NOV 1 2 2025
   ACCEPTANCE AND "FILED" DATE ESTABLISHED ONLY AFTER REVIEW

RETURN TO: (Please type or print clearly.)
McGann, Ketterman & Rioux
111 E. Wacker Dr., Suite 2300
Chicago, IL 60601

Printed by authority of the State of Illinois. December 2017 — 1 — LLC 13.8