# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL HEALTH FUND, ) ) ) ) ) Plaintiffs, ) ) v. ) ) PHOENIX CCI LLC and IRMA R. HOLLOWAY, ) ) Defendant. ) | Case No. 25-cv-13247 |

## NOTICE OF AFFILIATES DISCLOSURE STATEMENT

Plaintiffs, Mid-America Carpenters Regional Council Health Fund, et al, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of this Court, provides the following information to this Court:

Plaintiffs are all multi-employer trust funds having no publicly held affiliates.

/s/ Daniel P. McAnally
_____
Daniel P. McAnally, Attorney for Plaintiffs

Daniel P. McAnally
McGann, Ketterman & Rioux
111 E. Wacker Dr., Suite 2300
Chicago, IL  60601
(312) 251-9700 Fax (312) 251-9701
dmcanally@mkrlaborlaw.com
January 5, 2026

1