# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Trustees of the Mid–America Carpenters Regional
Council Health Fund, et al.

Plaintiff,

v.

Case No.:
1:25–cv–13247

Honorable Daniel
P. McLaughlin

Phoenix CCI LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 7, 2026:

 MINUTE entry before the Honorable Georgia N. Alexakis: CONSENT
REASSIGNMENT of case to the Honorable Daniel P. McLaughlin, pursuant to Local
Rule 73.1(C) for all further proceedings, parties having consented to the reassignment.
Mailed notice (men, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.