# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Trustees of the Mid−America Carpenters Regional Council Health Fund, et al.

Plaintiff,

v.

Case No.: 1:25−cv−13247

Honorable Daniel P. McLaughlin

Phoenix CCI LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 9, 2026:

MINUTE entry before the Honorable Daniel P. McLaughlin: This case has been reassigned to Judge McLaughlin for all further proceedings. The parties are to file a Joint Initial Status Report by 1/20/26. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.