IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the MID-AMERICA CARPENTERS REGIONAL COUNCIL HEALTH FUND et al. | ) ) ) | Case No. 25-cv-13247 |
| Plaintiffs, | ) ) ) | Magistrate Judge Daniel P. McLaughlin |
| v. | ) ) | |
| PHOENIX CCI LLC and IRMA R. HOLLOWAY, an individual, | ) ) ) | |
| Defendants. | ) | |

# Joint Initial Status Report (1/20/26)

1. <u>Description of Claims and Relief Sought</u>

    a. This is a ERISA trust fund collection case seeking delinquent fringe benefit contributions and dues deducted from the employees' wages. Federal Jurisdiction: Federal subject matter jurisdiction is premised on federal question jurisdiction, specifically Section 502 of the Employee Retirement Income Security Act and Section 301 of the Taft-Hartley Act. (29 U.S.C. §§1132 and 185).

    At all times material herein, there was in effect the Illinois Wage Payment and Collection Act ("Wage Act"). 820 ILCS 115/1, et seq. The Plaintiffs allege that Irma Holloway is an officer of the corporate Defendant and knowingly permitted and willfully refused to remit dues on behalf of its employees in violation of the Wage Act. 820 ILCS 115/14. As such, Plaintiffs allege that she is personally responsible for the payroll deductions. 820 ILCS 115/2. This Court has jurisdiction over this claim pursuant to 28 U.S.C. §1367.

    b. The Defendants recently submitted the outstanding reports showing the ERISA contributions and dues that are owed to the Plaintiffs. The Plaintiffs are currently performing an accounting of the amounts due.

2. <u>Referral Cases</u>

    All matters in the case have been referred to the magistrate judge for disposition.

3. <u>Discovery Schedule</u>

   a. - d.

   This is an ERISA trust fund collection case. Both parties agree that discovery in this case will not be necessary and strongly believe that this case will be settled within 45 to 60 days.

4. <u>Consideration of Issues Concerning ESI</u>

   ESI will not be necessary in this case.

5. <u>Settlement</u>

   a. Both parties agree that case should be settled within 45 to 60 days.

   b. A settlement conference will not be necessary at this time until the parties come to an impasse in resolving this case.

6. <u>Magistrate Judge Consent</u>

   The parties have agreed to have Judge McLaughlin conduct all further proceedings in this case.

7. <u>Pending Motions</u>

   There are no pending motions.

8. <u>Trial</u>

   A jury trial has not been requested and the parties believe a trial will not be necessary in this case.

9. <u>Other Matters</u>

   The parties' attorneys, Mr. McAnally and Mr. Miller, have settled many of these types of ERISA cases in the past, and expect that this will be the same here. As such, the parties suggest that a status report on settlement be filed on or before March 20, 2026.

Respectfully submitted,

By: /s/ Daniel P. McAnally

*Attorney for Plaintiffs*
McGann, Ketterman & Rioux
111 East Wacker Drive - Suite 2300
Chicago, IL 60601
Phone: (312) 229-1789
dmcanally@mkrlaborlaw.com

By: /s/ Todd A. Miller

*Attorney for Defendants*
Todd A. Miller (#6216561
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
Phone (312) 675-4325
tam@alloccomiller.com