# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Trustees of the Mid−America Carpenters Regional
Council Health Fund, et al.

                                              Plaintiff,

v.                                                          Case No.:
                                                           1:25−cv−13247

                                                           Honorable Daniel
                                                           P. McLaughlin

Phoenix CCI LLC, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 21, 2026:

      MINUTE entry before the Honorable Daniel P. McLaughlin: The Court has reviewed the parties' Joint Initial Status Report [23]. The parties advise that they agree discovery in this case will not be necessary and strongly believe this case will be settled within 45 to 60 days. The parties indicate that a settlement conference will not be necessary at this time until the parties come to an impasse in resolving this case. The parties are to file a joint status report on settlement by 3/20/26. Mailed notice(maf)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.