IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the MID-AMERICA CARPENTERS )
REGIONAL COUNCIL HEALTH FUND et al. ) Case No. 25-cv-13247
)
Plaintiffs, ) Magistrate Judge
) Daniel P. McLaughlin
v. )
)
PHOENIX CCI LLC and IRMA R. HOLLOWAY, )
an individual, )
Defendants. )

## Joint Status Report (3/20/26)

**Settlement Discussions**

Since the last status report, the parties have now determined the amount due on the Plaintiffs' claim for fringe benefit contributions and ERISA damages.

The Defendants are currently investigating financing options to make an offer of settlement with a down payment from a third-party receivable still due to them from a general contractor.

The parties hope to have these issues resolved in the next 45 days.

As such, the parties request that the Court set a date of 5/1/26 to either file a dismissal pursuant to the future settlement or an additional status report on settlement.

Respectfully submitted,

By: /s/ Daniel P. McAnally

*Attorney for Plaintiffs*
McGann, Ketterman & Rioux
111 East Wacker Drive - Suite 2300
Chicago, IL 60601
Phone: (312) 229-1789
dmcanally@mkrlaborlaw.com

By: /s/ Todd A. Miller

*Attorney for Defendants*
Todd A. Miller (#6216561
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
Phone (312) 675-4325
tam@alloccomiller.com