**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Trustees of the Mid–America Carpenters Regional
Council Health Fund, et al.

Plaintiff,

v.

Case No.:
1:25–cv–13247

Honorable Daniel
P. McLaughlin

Phoenix CCI LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 23, 2026:

      MINUTE entry before the Honorable Daniel P. McLaughlin: The Court has reviewed the parties' joint status report [25]. The parties report that they have now determined the amount due on Plaintiffs' claim for fringe benefit contributions and ERISA damages. The parties advise that Defendants are currently investigating financing options to make an offer of settlement. The parties indicate that they hope to have these issues resolved in the next 45 days. As suggested by the parties, they shall have until 5/1/26 to either file a dismissal pursuant to the future settlement or an additional status report on settlement. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.