IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the MID-AMERICA CARPENTERS REGIONAL COUNCIL HEALTH FUND et al. | ) ) ) | Case No. 25-cv-13247 |
| Plaintiffs, | ) ) | Magistrate Judge Daniel P. McLaughlin |
| v. | ) ) | |
| PHOENIX CCI LLC and IRMA R. HOLLOWAY, an individual, | ) ) ) | |
| Defendants. | ) | |

## Joint Status Report (5/1/26)

**Settlement Discussions**

Since the last status report, the parties participated in a settlement conference and have engaged in settlement negotiations. The main issue is the Defendants' ability to finance their settlement offer.

The parties have a settlement framework in place wherein the Defendants agree to make a down payment, and then payments over time to resolve the Plaintiffs' claim. Plaintiffs are now awaiting for the Defendants' best and final offer. The parties have another meeting scheduled for Monday May 4.

The parties hope to have these issues resolved in the next 28 days.

As such, the parties request that the Court set a date of 5/29/26 to either file a dismissal pursuant to the future settlement or an additional status report on settlement.


Respectfully submitted,

By: /s/ Daniel P. McAnally

*Attorney for Plaintiffs*
McGann, Ketterman & Rioux
111 East Wacker Drive - Suite 2300
Chicago, IL 60601
Phone: (312) 229-1789
dmcanally@mkrlaborlaw.com

By: /s/ Todd A. Miller

*Attorney for Defendants*
Todd A. Miller (#6216561
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
Phone (312) 675-4325
tam@alloccomiller.com