IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the MID-AMERICA CARPENTERS REGIONAL COUNCIL HEALTH FUND et al. | ) ) ) | Case No. 25-cv-13247 |
| Plaintiffs, | ) ) | Magistrate Judge |
| | ) | Daniel P. McLaughlin |
| v. | ) ) | |
| PHOENIX CCI LLC and IRMA R. HOLLOWAY, an individual, | ) ) ) | |
| Defendants. | ) | |

## Joint Status Report (5/29/26)

**Settlement Discussions**

Since the last status report, the parties have reached a settlement in principal.

The parties have a settlement framework in place wherein the Defendants agree to make a down payment, and then payments over time to resolve the Plaintiffs' claim. The parties are currently finalizing the details and payment timeline and formal settlement agreement.

The parties hope to have these issues resolved in the next 14 days at which time the parties will forward a proposed order to the Court, dismissing the case with the Court retaining jurisdiction to enforce the settlement.

As such, the parties request that the Court set a date of 6/12/26 to either submit a proposed dismissal order or an additional status report on finalizing the settlement.

Respectfully submitted,

By: /s/ Daniel P. McAnally

*Attorney for Plaintiffs*
McGann, Ketterman & Rioux
111 East Wacker Drive - Suite 2300
Chicago, IL 60601
Phone: (312) 229-1789
dmcanally@mkrlaborlaw.com

By: /s/ Todd A. Miller

*Attorney for Defendants*
Todd A. Miller (#6216561
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
Phone (312) 675-4325
tam@alloccomiller.com

2