## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Trustees of the Mid–America Carpenters Regional
Council Health Fund, et al.

                        Plaintiff,

v.

Phoenix CCI LLC, et al.

                        Defendant.

Case No.: 1:25–cv–13247

Honorable Daniel P. McLaughlin

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 29, 2026:

      MINUTE entry before the Honorable Daniel P. McLaughlin: The Court has reviewed the parties' joint status report [29]. The parties report that they have reached a settlement in principle. The parties advise that they are currently finalizing the payment timeline and formal settlement agreement. As suggested by the parties, they shall have until 6/12/26 to either submit a proposed dismissal order or an additional status report on finalizing the settlement. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.