IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the MID-AMERICA CARPENTERS )
REGIONAL COUNCIL HEALTH FUND et al. )          Case No. 25-cv-13247
                                     )
                    Plaintiffs,      )          Magistrate Judge
                                     )          Daniel P. McLaughlin
        v.                           )
                                     )
PHOENIX CCI LLC and IRMA R. HOLLOWAY, )
an individual,                       )
                    Defendants.      )

## Motion to Dismiss with Leave to Reinstate (Agreed)

The parties, by their attorneys, move this Honorable Court to dismiss this case with leave to reinstate on or before June 15, 2028 and in support state the following.

1.      This is an ERISA trust fund collection case for delinquent contributions.

2.      The parties have entered into a Settlement Agreement wherein the Defendants have agreed to make monthly partial payments towards the settlement amount.

3.      If the Defendants fail to make the required monthly payments, Plaintiffs will have the right to reinstate the case for purposes of requesting a judgment for all amounts due to any breach.

Wherefore, the parties request that this case be dismissed without prejudice, with leave to reinstate on or before December 15, 2028 at which time if no motion is filed, the case will be deemed dismissed with prejudice without further order of the Court.

Respectively submitted,

s/ Daniel P. McAnally

*Attorney for Plaintiffs*
McGann, Ketterman & Rioux
111 E. Wacker Drive - Suite 2300
Chicago, IL 60601
(312) 229-1789
dmcanally@mkrlaborlaw.com

By: /s/ Todd A. Miller

*Attorney for Defendants*
Todd A. Miller (#6216561
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
Phone (312) 675-4325
tam@alloccomiller.com