**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Trustees of the Mid–America Carpenters Regional
Council Health Fund, et al.

                                                    Plaintiff,

v.                                                              Case No.:
                                                    1:25–cv–13247
                                                    Honorable Daniel
                                                    P. McLaughlin

Phoenix CCI LLC, et al.

                                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 12, 2026:

      MINUTE entry before the Honorable Daniel P. McLaughlin: The parties' joint motion to dismiss [31] is granted. This case is hereby dismissed without prejudice and with leave to seek reinstatement by 12/15/28. If the case has not been reinstated by 12/15/28, or no motion for reinstatement is pending as of that date, then the dismissal will be with prejudice without further order of the Court. Civil case terminated. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.